*Sargent* for the petitioners.   *Mr. John N. Hughes* for .the respondents.

No. 940. LEHIGH VALLEY TRANSPORTATION COMPANY, CLAIMANT, ETC., PETITIONER, *v.* THOMAS MONK, JR., ET AL.   May 31, 1910.   Petition for a writ of certiorari to the United States Circuit Court of. Appeals for. the Second Circuit denied.   *Mr. Archibald G. Thacher* for the petitioner.   *Mr. Herbert Green, Mr. James J. Macklin* and *Mr. de Lagnel Berier* for the respondents.

No. 945. PITTSBURGH MANUFACTURING COMPANY, PETITIONER, *v.* LUDLOW VALVE MANUFACTURING COMPANY. May 31, 1910.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.   *Mr. James . I. Kay* for the petitioner. *Mr. Samuel Untermyer* and *Mr. Louis Marshall* for the respondent.

No. 950. THE WESTERN ASSURANCE COMPANY OF TORONTO, PETITIONER, *v.* THE TWEEDIE TRADING COMPANY; and No. 951. A. FOSTER HIGGINS ET AL., PETITIONERS, *v.* THE TWEEDIE TRADING COMPANY. · May 31, 1910. .Petition for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles C. Burlingham* and *Mr. A. Leo Everett* for the petitioners.   *Mr. Frederick M. Brown* for the respondent.

No. 949. ELLIS BARTHOLOMEW, PETITIONER, *v.* THE UNITED STATES.   May 31, 1910.   Petition for a writ of